ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                            )
                                                       )
Oshkosh Defense, LLC                                   )    ASBCA No.   62293
                                                       )
Under Contract No.   W56HZV-15-D-0031 *et al.*  )

APPEARANCES FOR THE APPELLANT:          Scott Arnold, Esq.
                                        Carolyn R. Cody-Jones, Esq.
                                          Blank Rome LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                        Samuel W. Morris, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  September 2, 2020

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62293, Appeal of Oshkosh Defense, LLC, rendered in conformance with the Board's Charter.

Dated:  September 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals